

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  10 / 18 / 06
BY _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| ROSALIND NICHOLSON | CIVIL ACTION NO. 04-1788 |
| VERSUS | JUDGE DONALD E. WALTER |
| FORD MOTOR CREDIT COMPANY | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before this Court is a Motion for Summary Judgment [Doc. #33] filed on behalf of defendant, Ford Motor Credit Company, pursuant to Federal Rule of Civil Procedure 56. Plaintiff opposes this motion.

**IT IS ORDERED** that defendant's Motion for Summary Judgment [Doc. #33] be and is hereby **GRANTED IN PART** and **DENIED IN PART**. Defendant's motion is **GRANTED** as to plaintiff's (a) employment discrimination or retaliation claims pursuant to La. R.S. 51:2231, et seq, (b) retaliation claims arising out of complaints of race discrimination pursuant to the Louisiana Employment Discrimination Law, La. R.S. 23:301, et seq.; and (c) Title VII promotion denial claims based on incidents occurring prior to November 3, 2003, i.e., more than 300 days before plaintiff filed her EEOC charge.

Finding that genuine issues of material fact exist as to plaintiff's remaining claims, defendant's motion is **DENIED** in all other respects.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 17 day of October, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE